**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| June E Young,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV-20-08173-PCT-ESW<br><br>**ORDER** |

The Court has considered Plaintiff's Motion for Award of Attorney Fees, the Government's Response, and Plaintiff's Reply (Docs. 38-41).

**IT IS ORDERED** granting Plaintiff's Motion (Doc. 38).

**IT IS FURTHER ORDERED** awarding Plaintiff attorney fees under the Equal Access to Justice Act in the amount of $11,086.33. No costs have been requested by Plaintiff and therefore none are awarded.

**IT IS FURTHER ORDERED** that, pursuant to the assignment of fees in the Plaintiff's fee agreement, the Government shall pay the fee award, minus any offset as explained below, payable to Plaintiff, care of counsel's office: Mark Caldwell, Law Office of Mark Caldwell, P.C., 9920 S. Rural Road, No. 108-167, Tempe, AZ 85284-4100.

**IT IS FURTHER ORDERED** that, although fees under the EAJA are awarded to the prevailing party, not to the party's attorney, *Astrue v. Ratliff*, 560 U.S. 596-98 (2010), the Commissioner shall determine whether Plaintiff owes a debt to the government and, if

the Acting Commissioner of Social Security (1) determines upon effectuation of the Court's Equal Access to Justice Act fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney.

Dated this 15th day of December, 2021.

_____
Honorable Eileen S. Willett
United States Magistrate Judge